*ORIGINAL*

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

06 - 3

TO: Nathan Guinn SBI#: 280879

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: November 17, 2005

FILED
JAN - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of May 1, 2005 to October 31, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| May | 0 |
| June | 0 |
| July | 0 |
| Aug | 0 |
| Sept | 0 |
| Oct | 0 |

Average daily balances/6 months: 0

Attachments
CC: File

*Stacy Shane*
11/17/05

*[signature]*
11-17-05

# Individual Statement

## For Month of May 2005

Date Printed: 11/16/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00280879 | Guinn | Nathan | L | | | |
| Current Location: | D/W | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 5/19/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | 109512 | | DST/POSTAGE | |

Ending Mth Balance: $0.00

# Individual Statement

Date Printed: 11/16/2005

Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00280879 | Guinn | Nathan | L | | $0.00 |

Current Location: D/W    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($4.75) | $0.00 | 119630 | | DST/POSTAGE | |

Ending Mth Balance: $0.00

## Individual Statement - No Transactions This Month

Date Printed: 11/16/2005                                                                 Page 1 of 1

### For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00280879 | Guinn | Nathan | L | | | |
| Current Location: | D/W | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | Ending Mth Balance: | $0.00 |

## Individual Statement - No Transactions This Month

Date Printed: 11/16/2005

Page 1 of 1

### For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00280879 | Guinn | Nathan | L | | | |
| Current Location: | D/W | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|

# Individual Statement

Date Printed: 11/16/2005

Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00280879 | Guinn | Nathan | L | | | |

Current Location: D/W

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.26) | $0.00 | 164116 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.26) | $0.00 | 164127 | | POSTAGE | |

Ending Mth Balance: $0.00

## Individual Statement - No Transactions This Month

Date Printed: 11/16/2005                                                                 Page 1 of 1

### For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00280879 | Guinn | Nathan | L | | | |
| Current Location: | D/W | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

|  |  |  |  | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|