ORIGINAL

Page 2

0 6 - 3

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District 3rd | |
|---|---|---|
| Name (under which you were convicted): Nathan L. Guinn | | Docket or Case No.: |
| Place of Confinement: Delaware Correctional Center | Prisoner No.: 00280879 | |
| Petitioner (include the name under which you were convicted) Nathan L. Guinn | Respondent (authorized person having custody of petitioner) v. Warden Thomas A. Carroll | |
| The Attorney General of the State of Delaware | | |

FILED

JAN - 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   Kent County Superior Court
   38 The Green, Dover, DE 19961

   (b) Criminal docket or case number (if you know): _____

2. (a) Date of the judgment of conviction (if you know): May 13, 2003

   (b) Date of sentencing: June 25, 2003

3. Length of sentence: 36 years level 5 suspended after 16 years 9 months

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☑ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: _____
   Count I: Possession with intent to deliver a narcotic schedule II controlled substance.
   Count II: Possession of a narcotic schedule II controlled substance within 300' of church
   Count III: Possession of drug paraphernalia

6. (a) What was your plea? (Check one)

   (1)  Not guilty ☑          (3)  Nolo contendere (no contest) ☐

   (2)  Guilty ☐             (4)  Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?_____

   _____

   _____

(c) If you went to trial. what kind of trial did you have? (Check one)

Jury ☑        Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐   No ☑

8. Did you appeal from the judgment of conviction?

Yes ☑   No ☐

9. If you did appeal, answer the following:

(a) Name of court: Delaware Superior Court

(b) Docket or case number (if you know): 1K02-08-0082,R1, 0083, 0085R1

(c) Result: Denied

(d) Date of result (if you know): January 26, 2005

(e) Citation to the case (if you know): _____

(f) Grounds raised: (4) Counts of ineffective assistance of counsel, (1) ground of prosecutorial misconduct, and (1) ground of abuse of discretion by trial court.

(g) Did you seek further review by a higher state court?   Yes ☑  No ☐

If yes, answer the following:

(1) Name of court: Delaware Supreme Court

(2) Docket or case number (if you know): No. 52, 2005

(3) Result: Denied

(4) Date of result (if you know): September 7, 2005

(5) Citation to the case (if you know): _____

(6) Grounds raised: I. 2 grounds of ineffective assistance of counsel. II. Abused discretion by Trial Court, 2 counts
II

(h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐  No ☑

If yes, answer the following:

(1) Docket or case number (if you know): _____

Page 4

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _Kent County Superior Court_

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _Modification of sentence_

(5) Grounds raised: _Time was extensive for minor crime committed._

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ☐    No ☑

(7) Result: _Denied_

(8) Date of result (if you know): _April 23, 2004_

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ❑   No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ❑  No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1)  First petition:    Yes ☑   No ❑

(2)  Second petition:   Yes ❑   No ❑

(3)  Third petition:    Yes ❑   No ❑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

> <u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

GROUND ONE: <u>Ineffective Assistance of Counsel</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

<u>Trial Counsel refused to interview or supoena alibi witness, who confessed to ownership of cocaine found in Plaintiff's possession.</u>

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c) Direct Appeal of Ground One:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☑  No ☑

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: <u>The same Counsel cited for ineffectiveness filed the direct appeal.</u>

(d) Post-Conviction Proceedings:

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?        Yes ☑  No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: <u>Post-conviction motion</u>

    Name and location of the court where the motion or petition was filed: <u>Kent County Superior Court</u>

Docket or case number (if you know): IKO2-08-0082, 0083, 0085 R1

Date of the court's decision: January 26, 2005

Result (attach a copy of the court's opinion or order, if available): Denied

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?

    Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes." did you raise this issue in the appeal?

    Yes ☑  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Delaware Supreme Court

Docket or case number (if you know): No. 52, 2005

Date of the court's decision: September 7, 2005

Result (attach a copy of the court's opinion or order, if available): Denied, said that there was no evidence that witness Mr. Ingram would testify to ownership of cocaine.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

GROUND TWO: Ineffective Assistance of Counsel

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial Counsel failed to call recess or seek a continuance at Suppression Hearing when the arresting Officer failed to show up to testify.

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

(c)  Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑  No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _Same Counsel_
_cited for ineffectiveness filed direct appeal_

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Post-Conviction Motion_

Name and location of the court where the motion or petition was filed: _Kent County_
_Superior Court_

Docket or case number (if you know): _IK02-08-0082, 0083, 0085 RI_

Date of the court's decision: _January 26, 2005_

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _Delaware Superior_
_Court_

Docket or case number (if you know): No. 52, 2005

Date of the court's decision: September 7, 2005

Result (attach a copy of the court's opinion or order, if available): Denied, decision made that there was no proof the arresting Officer's testimony would have helped defense.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

GROUND THREE: Abuse of discretion by Trial Court

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial Court abused its discretion by admitting into evidence unfavorable statements made by Plaintiff at time of arrest, when it was clear that miranda warnings were never given and arresting Officer failed to show up at hearing to testify.

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: Ineffective Assistance of Counsel

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ☑  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction Motion

Name and location of the court where the motion or petition was filed: _____
Kent County Superior Court

Docket or case number (if you know): IK02-08-0082, 0083, 0085 R1

Date of the court's decision: January 26, 2005

Result (attach a copy of the court's opinion or order, if available): Denied, same decision as found in ground 2

(3) Did you receive a hearing on your motion or petition?
Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?
Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ☑  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
Delaware Supreme Court

Docket or case number (if you know): No. 52, 2005

Date of the court's decision: September 7, 2005

Result (attach a copy of the court's opinion or order, if available): Affirmed, same decision as ground 2

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

Page 11

GROUND FOUR: *Abuse of discretion by Trial Court.*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*Trial Court Abused its discretion by admitting into evidence an exhibit, alleged to be cocaine, which had been found in an unsecured area of the Dover Police station two days after the substance seized from plaintiff was lost.*

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑  No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?        Yes ☐  No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?

Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏  No ☑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): ____ _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____ Direct Appeal _____

_____

_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?          Yes ☑  No ❏

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?          Yes ❏  No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ☐    No ☑

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a) At preliminary hearing: Paul S. Swierzbinski

   (b) At arraignment and plea: Robert Harpster

   (c) At trial: Sandra W. Dean

   (d) At sentencing: Sandra W. Dean

   (e) On appeal: Pro-se

   (f) In any post-conviction proceeding: Pro-se

   (g) On appeal from any ruling against you in a post-conviction proceeding: _____ Pro-se

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ☐  No ☑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: _Reversal of_ _Conviction, Remand or New Trial._

or any other relief to which petitioner may be entitled.

_Pro-se_ _____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

_[signature]_
Signature of Petitioner

---

*(...continued)

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____

### IN FORMA PAUPERIS DECLARATION

[Insert appropriate court]

\* \* \* \* \*



U.S. DISTRICT COURT
Clerk's OFFICE
844 KING ST
Wilm, DE 19801

Nathan Gwinn
#00280774 D/W
D.C.C.
1181 Paddock Rd.
Smyrna, DE 19977

U.S.M.S.
X-RAY



