U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 FEB 14  PM 3: 52

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.20 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.45 |

Postmark Here — RODNEY SQ. WILMINGTON, DE FEB 14 2006

CIV. NO. 06-3-SLR

Sent To: Warden Tom Carroll, DE Correctional Center
Street, Apt. No.; or PO Box No.: 1181 Paddock Rd.
City, State, ZIP+4: Smyrna, DE 19977

Article Number: 7002 2030 0003 0326 5399

PS Form 3800, June 2002      See Reverse for Instructions