CLERK'S OFFICE
DISTRICT OF DELAWARE
2006 FEB 14  PM 3: 52

| U.S. Postal Service™ |
| --- |
| **CERTIFIED MAIL™ RECEIPT** |
| (Domestic Mail Only; No Insurance Coverage Provided) |

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
| --- | --- |
| Postage | $ 420 |
| Certified Fee | 240 |
| Return Receipt Fee (Endorsement Required) | 185 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 845 |

Postmark Here — WILMINGTON DE

7002 2030 0003 0326 5405

Civ.NO. 06-03-SLR

Sent To: Carl Danberg, AG, D.O.J.
Street, Apt. No.; or PO Box No.: 820 North French Street
City, State, ZIP+4: Wilmington, DE 19801

PS Form 3800, June 2002      See Reverse for Instructions