IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **NATHAN GUINN**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-3-SLR |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1. The petitioner, Nathan Guinn, has applied for federal habeas relief, challenging his conviction by a Delaware Superior Court jury for possession with intent to deliver cocaine and related offenses. D.I. 2. By the terms of the Court's order, the answer is due to be filed on April 3, 2006.

2. Within the last three weeks, counsel for respondents has filed an answer to a federal habeas petition in this Court, as well as an answering brief on a direct appeal and a response to a Rule 26(c) brief in the Delaware Supreme Court. In addition, the undersigned has been, and continues to be, working on other cases before this Court, the Third Circuit, and the state courts, including two first degree murder cases. The Appeals Division has also been without a secretary since mid-December. Moreover, the recent departure of two deputies from the Appeals Division has increased the workload for the few remaining attorneys. In light of the situation, additional time is

needed to complete the answer and have it reviewed in the ordinary course of business.

3. Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985). The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

4. This is respondents' first request for an extension of time in this case.

5. Respondents submit that an extension of time to and including May 8, 2006, in which to file an answer is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759

DATE: March 29, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 29, 2006, I electronically filed a motion for extension of time and attachments with the Clerk of Court using CM/ECF. I also hereby certify that on March 29, 2006, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

    Nathan Guinn
    SBI 280879
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us