IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **NATHAN L. GUINN**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-3-SLR |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following of the Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

  a. Appellant's Opening Brief & Appendix  (No. 350, 2003)

  b. State's Answering Brief & Appendix (No. 350, 2003)

  c. Opinion (February 11, 2004) (No. 350, 2003)

  d. Appellant's Opening Brief & Appendix (No. 52, 2005)

  e. State's Motion to Affirm (No. 52, 2005)

  f. Opinion (September 7, 2005) (No. 52, 2005).

2. Notice is also hereby given that a certified copy of the Superior Court Criminal Docket in ID No. 0207018218 has been manually filed with the Court and is available in paper form only.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

May 16, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 16, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on May 16, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Nathan L. Guinn
    SBI No. 280879
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us